

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2016

No. 04-16-00593-CV

Alvin M. **BURNS**, I.M. Burns, Dimmit County, Hakim Dermish, Robert L. Ramirez and Edward J. Dryden,
Appellants

v.

**ROSETTA RESOURCES, LTD**., a/k/a Rosetta Resources, Inc., Eusebio Cantu Torres, Eusebio Torres, Jr.,  Gladiator Energy Services, LLC,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 12-07-11738-DCV
Honorable David Peeples, Judge Presiding

# O R D E R

The reporter's record in this appeal was due on October 20, 2016.  One volume of the reporter's record has been filed to date.  One of the other court reporters responsible for preparing the reporter's record has filed a notification of late reporter's record stating that appellants have failed to request and pay, or make arrangements to pay, the court reporter's fee for preparing the record.

It is therefore ORDERED that appellants provide written proof to this court **within ten (10) days** from the date of this order that: (1) a written request has been made to each court reporter for preparation of their portion of the reporter's record pursuant to TEX. R. APP. P. 34.6(b)(1); and (2) either (i) each court reporter's fee has been paid or arrangements have been made to pay each court reporter's fee, or (ii) appellants are entitled to appeal without paying the court reporters' fees.

If appellants fail to respond to this order within the time provided, the appellant's brief will be due **within thirty (30) days** from the date of this order, and the court will only consider those issues or points raised in the appellant's brief that do not require a reporter's record for a decision.  *See* TEX. R. APP. P. 37.3(c).  All other appellate deadlines are abated pending a response to this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2016.



Keith E. Hottle
Clerk of Court